If it please the Court, my name is Kevin Murch, and I represent Thomas O'Brien as the appellant in the matter of O'Brien v. United States. This case involves a stockbroker, Mr. O'Brien, who in May of 1995 was approached by two Internal Revenue Service agents who accused him of and demanded that he turn the money over on those funds and cooperate with them in some sort of investigation. Mr. O'Brien wasn't laundering drug money, but instead, were from Reno. He had won a, it was either a football pool or a baseball pool, and was returning to the office with his money from the pool. When he refused to cooperate with the Internal Revenue Service agents, the threats that they made were that they would go to his boss and tell him that he was involved in some sort of laundering scheme and otherwise turn him over. Again, he refused to do something that he had not done. IRS agents went to his bosses. His bosses then basically kept him at the same level for right up until now. When I say at the same level, I mean he was not eligible for promotions. And saying he's not eligible is not exactly correct. He probably was eligible, but he didn't get any promotions. Counsel, assuming as we must, that everything that you have recounted is true for the purpose of pleading, the statute that you've relied on allows damages that are the direct, in quotes, result of the improper collection activities by the IRS agents. And here, isn't there an intervening independent entity, Dean Witter, involved that either, you know, allegedly relied on this false information and had to make its own separate decision as to whether he would or would not get promotions? I would say that's correct. Okay. Then how does that fall within the statutory requirement of demonstrating that the damages are the direct result of the collection activities? Because if he would have gone along with them and said, yes, I'm a drug launderer, this money that I have did not come from a bet from the Calniva Club in downtown Reno, and cooperated with them, then he would not have, his bosses would never have learned about the problem, and he would have supposedly either been in jail or promoted. The section that applies is 7433. Did you consider whether 74, I get these fours and threes mixed up, 7031 might apply instead, which is the section that deals with the disclosure of tax return information in violation of other sections? Yes, I did. In fact, the sections, they're difficult. 6103 says you can't make a disclosure, basically. And 7431, I believe, says that if you do make a disclosure, you can get damages. 7344 says, and then maybe, 7433 says that if you use any code section in order, improperly in order to improperly collect tax, then there's damages related there. And when preparing the complaint, and more importantly, when I was reviewing it, in fact, in the back of the room when I was going over it, I was thinking that if I'd have brought it under 7431, the section says you just violated talking to somebody else, it wouldn't give the full impact or the context in which this occurred. What was happening was the Internal Revenue Service, two agents from the Internal Revenue Service allegedly went to this man and were using certain statements about him in order to collect tax Under 7431, you could make a mistake and just make a statement. You could be out there and say, Bill Herron made $52 million. The reason I ask the question is that I have difficulty seeing the direct relationship under 7433. Again, obviously only speaking for myself. The damages have to be a direct result. But I don't see that requirement in 7431, that requirement that the damages be as, quote, direct. And that's why I ask the question as to why you didn't make the claim under that section. I believe that if I did, I wouldn't bring into context the entire thing they were doing in order to collect the money. Okay. And is it your position, though, that the disclosure was of tax return information in violation of 6103? I believe it violated, yes, it did violate 6103. Yes, it did. It violated 7431. Yes, it did. It violated 7431. How does this qualify as disclosing return or return information when the claim is something that never got reflected in a return and it's an omission from not a return that's already filed? But I gather they're talking about or they were asserting laundering not in connection with the past but in connection with the current activity, right? Yes. So how does that qualify as return or return information, which is the standard that's set up in 6103 and in 7431? Return information would have been information that would have been used in the return, in a future return. Yes. And so when somebody comes in and says you're going to have X amount of dollars that's going to be shown on 1099 that's then going to go on to a return or a W-2 on to a return, that's using it, that's return information. Okay. Okay. And if I can go back to your question, because it's a good question and a very valid question in my mind also. If you take in context everything that they did instead of just piecemeal. If it's piecemeal, we have a 6103 violation that's a 7431, which allows us to get damages under 7431. But if you take it in the context that two Internal Revenue Service people show up at a stockbroker's office and they say, look, we want to have this, we want to have, we want you to disclose this information to us. We want you to give us this laundered money that we know that you have. And he had just brought money back from one of these clubs. It sounds like a claim for extortion. And if that's what had happened, if they said give us the money, I see that it's a direct consequence. But I don't see what you've alleged as being a direct consequence. But then if you go then to the next step, they say, and if you don't do those things, he's refusing to give up the money because he wanted it. It's his and he doesn't want to give it up. But if you go to the third thing, which is, and if you don't do those things, then we'll go to your bosses and you'll have problems, which he knew he would have problems, because normally stockbroker's firms don't like to have people that are laundering drug monies working for them. I would think in every instance. Then it becomes a direct consequence. It strikes me very much in reading the complaint and in listening to you that what you have here is almost an individual libel action against these agents in search of a statutory home. And that's fair if there is a proper statutory home. I just have some difficulty fitting what's happened here into one of the slots. And you're right, unless you look at it in the whole. In the whole, they knew exactly what they were going to do in order to try to collect this money and possibly get other information, it appears. But the money was a big issue to them. They wanted either, and somehow in their minds they either believed that this money was some sort of drug money that might be marked or have some sort of benefit to them in that fashion. I don't know. But they had a plan, and the plan was directly to obtain that money through collection. The method of collecting that money was to approach him, demand, tell him that he owed taxes, which is 6303, even though he didn't owe taxes. That's a violation of that section. Then to, after they say that he owes the taxes, which he says he doesn't at the time, to then say, and we want the money back from you right now, which is a collection activity, which could also be found under 7426, which is, they're all around 74 of these sections that allow damages. But when taken in the whole, it was just a scheme to, and I don't like the word scheme, but it was just a method to collect taxes. And it was a method that caused severe damage to my client. In fact, he, since that particular point in time, has not progressed at all in taxes. Why don't we wait until you get back to the microphone? I'm sorry. I've got a cold. But I knew you would. I'm sorry. We were just teasing because Judge Reinhardt has the same cold, I think. Well, it's horrible. And it only attacks me when I have to talk to the big shots, the ones that matter. But I think in the whole, Your Honor, it's a case that when looked at a whole, it should be a 7433 case. But certainly it could be brought under 7426 or 7431. Well, counsel, I have a little different question along those lines. Yes, Your Honor. What's the difference? You know, I've understood it for almost two decades now that under, what was it, Hesham against King and Spalding, the test is whether any set of facts could be proved consistent with the allegations in the complaint that permit a plaintiff to stay in court. So if you cited the wrong statute or didn't cite any statute at all, we're dealing with a complaint, are we not? I have some difficulty, frankly, in understanding what the relevance is of your having cited the particular statute or neither statute. What's the test that we are supposed to apply in dealing with the validity of a complaint? I think at this stage it would be 7433 unless... No, let me try again. That's not my question. Well, I'm sorry. Suppose you haven't even referred to 7433. You just set out the facts that these people accused him of money laundering, that it was a false accusation. They passed that on to the boss. The boss said, the boss has failed to promote him. That's a set of facts that we have to accept as correct for our present purposes. If that states a claim under any theory, does that uphold the complaint? Yes. I wouldn't believe it. Well, I guess I'm going to have to ask that question of opposing counsel as well then. You know, Supreme Court, in two rare unanimous decisions, one by Chief Justice Rehnquist in that Leatherman case, and then more recently by Justice Thomas in Swierkiewicz, have said that we apply extraordinarily liberal reading to complaints. And, well, anyway, I guess I pose the question in a sort of rhetorical form. I think that... Does it make a difference? It makes a difference to me. I think under Rule 15, you know, if there is an error, we could move to amend to say the other sections would apply. And I think there's a liberal reading under Federal Civil Procedure 15 on amendment in that particular case. Or even without amendment. Supposedly cited the wrong statute. So... Does it make a difference? I can't answer that from a legal standpoint other than to say under Rule 15 when I make a mistake like that I generally move the court under Rule 15 to correct the mistake. Okay. Thank you. Another point that I think is important in this case is that there's been a double... There's been two motions to dismiss. The first motion was actually motions for summary judgment. My motion for summary judgment was denied. The other motion was, for lack of a better word, turned into a motion to dismiss. And in the motion to dismiss, the court gave us instructions on what they wanted us to do. And the magistrate basically denied their motion, most of their motion. But then the federal district court came in and said, I want to have a little bit more pleading on the conduct that would allege a collection issue. Or a violation of the collection statute. And so we followed the collection statute. What he wanted in there, we gave him facts. He didn't say, we want to have sections, because it kind of ties in, specific sections. But instead we want facts. And then when we got the order dismissing our case, he basically came back and said, you didn't give us sections. Even though he had asked before for conduct on that. And we believe, it's our point of view, that in that case, which is kind of a reverse of what you're talking about, that that would be a due process violation because certain things that they had already said we had pled correctly, all of a sudden became things that weren't properly pled and we were dismissed out. And we did mention that. And I think that would be a due process violation. I would ask if I could retain any additional time for later. Very careful. Thank you. Thank you. May it please the court, I'm Curtis Pett representing the United States. The district court correctly dismissed Mr. O'Brien's amended complaint for failure to state a claim under section 7433 upon which relief can be granted because, although he added an allegation that the IRS agents wrongfully demanded payment of a fictitious tax liability, he failed to allege that he suffered any damages as a result of that allegedly wrongful claim. Counsel, isn't the district court required to be a bit more patient than this where it's relatively clear that the underlying facts would support a claim? Doesn't the district court have to give him whatever further opportunity is required to make his pleading clear? Which takes me back to the question, why isn't this obviously a claim for improper disclosure of tax return information? They don't want to assert a claim under section 71. Well, wait a minute. Yeah, go ahead. Suppose he hadn't cited a section at all. Same question I posed to him. Suppose he just set out the facts of the activity and said, I have stated a valid federal claim and the federal court has jurisdiction to do that. Isn't that what notice pleading is supposed to be about? You don't have to notify the other side of your theory, at least as I said yesterday in the remote precincts from which I emanate. The court makes that clear on a repeated basis and it sometimes even lectures district judges about that saying that the whole notion of federal pleading is that even if a plaintiff relies on a wrong theory that doesn't toss them out of court on a complaint. Well, the plaintiff, when you're suing the federal government, the plaintiff clearly has the burden of establishing that a particular waiver of sovereign immunity applies to his claim. But there's some statute out there that does that, right? But does the person have to identify the particular statute or if the person has identified the wrong statute, is the person not entitled to stay in court? The plaintiff has the burden of establishing that, so if... But why dismissal with prejudice? I guess that's the ultimate question. Assuming that you're correct, because of the issue of sovereign immunity, one does have to be more particular about the statute. If there is one that fits, why wouldn't the district court be obliged to allow the person to amend to make the thing fit? The complaint has been amended once. I mean, this could go on indefinitely. If every four or five years they come up... Do you know the rule that says that you can only amend a complaint once? No, but they have been given the opportunity to amend the complaint. And they desire to go under 74... The magistrate, I think, seven years, five years, several years ago, noticed, responded, well, maybe it could be this. And they basically had no interest. When it came time to amend their complaint, they got the opportunity to amend the complaint. They threw in another fact and left everything else as it stood and sought to proceed under 7433. They're arguing that it occurred in the course of a tax collection activity. And if it did, then under this court's decision in Schwartz, they would have to proceed under 7433. We're arguing that, no, this wasn't in the course of tax collection. But they don't want to. I don't think you can force a plaintiff to bring a certain cause of action just because you think that the facts should have been. You can't second-guess their attorney. If they don't want to do 7431, then we can't make them do it. I suppose you could, but I'm not sure that's your job. Well, they did say that this... You have a complaint, if you want to amend it, to state, to refer to 7431. And do you or don't you? You give them the opportunity. I think you've got the right to amend your complaint once. As a matter of right, I'm not sure what... Bowman v. Davis says that and that's one of the few cases from that generation that's alive and well and living in Washington and presumably in San Francisco too says that 15A is to be applied with real liberality, doesn't it? Even as to something that's already been amended? You have one free bite, you know, sort of like the dog bite rule, but past that, the courts are supposed to be liberal on permitting that, are they not? They're not asking for another opportunity to amend. I mean, you can order them to amend it, but they're not asking for that. They're asking for a trial They weren't given another opportunity. Pardon me? They weren't given another opportunity. They were just dismissed because they'd amended once. That's because the issue isn't whether or not they can amend it again. They're not... That wasn't the issue. I mean, if you want to give them the opportunity to amend it until they get it right, I suppose you could do that. But they're not asking for that relief. That complicates matters. They have some burden to make out their case. I guess the question is what's necessary to make out a case? That is, if the factual allegations are sufficient to keep somebody in court, isn't that what's meant by making out a case? Not the legal theories, but the factual allegations. If those suffice, doesn't that keep somebody in court? Yes, but they have some burden. I mean, it's... They can't just leave it up to the judges and the government to try and piece their case together. You've got to have two sides to every issue. They've got to... They're doing what they want to do. I suppose you could... Maybe they can sue the individual agents under state law, Bivens, I don't know, several... This could go on for 20 or 30 years. Every seven years, they would try to tell them to amend and say, okay, this time do a Bivens, this time do this and that. It's impractical to do. And that's just not the issue that's been put before the court. I mean, they're the appellant and they have the obligation to set forth the issues on appeal. The issue on appeal is whether or not they have stated a claim upon which relief can be granted under Section 7433. So they've set the parameters and the answer to that is clearly not because their damages do not arise from a tax collection matter. They claim that these agents, when they came to the office to question Mr. O'Brien about these unreported cash transactions, then after that, they went to his employer and falsely informed the employer that he was laundering drug money. This has no connection to any tax collection matter because the alleged tax dispute was between Mr. O'Brien and the IRS. The employer had nothing to do with it, so... No, but it was a way to get the taxes collected. He put the pressure on them by telling his employer. Well, that doesn't put any pressure. It didn't work. Well, it didn't work, but not everything the IRS tries works. Well, this is after the fact. This is a little different than if they knock on somebody's door and say, you owe a hundred bucks in tax, and they say, heck no, we're not going to pay, and they say, just fill in the blank, what could they do? They get mad and fly off the handle and wring your puppy's neck or something like that. Is that tax collection, or is that have they gone off the handle and gone into maybe some... Oh, it depends on whether you think that's going to make him file the right return. If you think it's his punishment... If it was his punishment. No. If you think that when he finds the dead puppy, then he'll file the right return. Clearly, you reach a point where you've crossed the line, you've gotten outside. Well, we don't know of any cases where they've left dead puppies, but we have a case where they went to his employer. But that had nothing to do with it. If you don't pay your tax and they go out and they spread rumors that you're having an affair with women around town, is that tax collection, or is that just an IRS agent who's run amok and perhaps he'll be fired and who knows what? But it's not really... You've crossed the line. Well, the difference between that scenario and this one, I keep playing the same tune here, but it harkens back to the disclosure of return information as that phrase is so broadly defined in the statute. Because telling an IRS agent spreading rumors about someone's sex life isn't return information, I suppose depending on their profession it could be, but it normally isn't. But here, there's information allegedly about the source of money, which ought to have been included in our return, which then falls within the definition of return information. So, disclosure in that sense is always the IRS running amok, doing something that they shouldn't, but Congress has done, and I guess that's my difficulty with your argument on the merits of why there's no claim or why a claim could not be salvaged out of these facts. We're not arguing... The issue of 7431 damages has not been raised or ruled on by the party. It sounds more like a 7431 claim than it does 7433, but it's not been explored. They don't want to proceed under, unless somebody forces them to proceed under 7431. Well, if somebody would give them the opportunity, I guess we could find out. If the district judge had said to them you can state a claim assuming you have to plead the statute. If he'd said, alright, what's wrong with this is there's no reference to 7431. Do you want to amend it or not? And if they said, no, we don't choose to amend them to that, that would have been fine. You'd have to ask them if they want to. I heard before, I don't think they want to, but you might be able to convince them under a lot of harassment if they do. It's like, go back and try that. I'm not arguing that they failed to state a 7431 claim. Nobody's argued that. The magistrate said, well, it kind of sounds like you got one, and they never said anything more about it. I mean, it's something that's obvious. It's been obvious to everyone that it sounds more like that than it does this, but they've got to say they want to do it. I guess if they want to do it, then you can say it. Thank you very much. Do you want to come back a minute? We have four minutes. Maybe we can clarify this. Are you telling us that you do not want to pursue a 7431 claim? No, we would love to pursue any claim that would allow us to be in court. To make it very, very clear. And we do allege damages in this case. I know there's been some statements that we don't. The greatest question is whether those are direct damages within the meaning of 7433. But yes, we obviously desperately would love to be in court on any claim that you would be so kind. It's such a problem being in court. You would be so kind as to allow us. All right. Thank you, Kevin. Thank you. Case just heard will be submitted. The court will stand in recess for the day.
judges: Reinhardt, Graber, Shadur